UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: Nortex Drug Distributors, Inc. §
§
§ Case No.: 01-39517-SGJ-7
§
Debtor(s) §
§
§

**FILED**
SEP 08 2020
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a __x__ creditor _____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | Tarrant County |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (If Claimant is an individual, skip to Question No. 3) | Wendy Burgess<br>Tax Assessor-Collector<br>Tarrant County |
| 3. | Current Mailing Address | 100 E. Weatherford Street<br>Fort Worth, TX 76196 |
| 4. | Telephone Number | 817-884-1100 |
| 5. | SS# (last 4 digits only) or EIN # | |
| 6. | Amount Being Claimed | $13,048.30 |

I, _____Wendy Burgess_____, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 9-2-2020

Claimant Signature _____Wendy Burgess_____

Co-Claimant Signature _____Wendy Burgess_____

Subscribed and Sworn to Before Me this 2nd day of September, 2020.

Notary Public _____Charlotte J. Tackett_____
In and for the State of TX

My commission expires 1.12.21

CHARLOTTE J. TACKETT
Notary Public-State of Texas
Notary ID #4576890
Commission Exp. JAN. 12, 2021

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 9/4/2020

_____
Claimant's Signature

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF TEXAS<br>DALLAS DIVISION | PROOF OF CLAIM<br>(Secured) | COPY FILED<br>02 MAR 11 PM 4:37<br>U.S. BANKRUPTCY COURT<br>OFFICE OF THE CLERK<br>DALLAS, TEXAS |
|---|---|---|
| In Re: NORTEX DRUG DISTRIBUTORS INC | Case Number: 01-39517-11<br>Chapter: 11 | |
| Name of Creditor:<br>**TARRANT COUNTY** | ☐ Check if you are aware that anyone else has filed a proof of claim relating to your claim. | |
| Name/Address Where Notices Should Be Sent:<br><br>Elizabeth Weller<br>LINEBARGER GOGGAN BLAIR<br>PENA & SAMPSON, LLP<br>2323 BRYAN ST 1720 UNIVISION CTR<br>DALLAS, TX 75201-2644<br><br>Telephone No: (214)880-0089<br>Facsimile: (214)253-2558<br>Email: dallas.bankruptcy@publicans.com | ☐ Check if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check if the address differs from the address on the envelope sent to you by the court. | court use only |

Number by which creditor identifies debtor:

See Attached Exhibits

This claim ☐ replaces ☐ amends a previously filed claim, dated: _____
☐ supplements

**1. BASIS FOR CLAIM:** AD VALOREM TAXES

**2. DATE DEBT WAS INCURRED:** January 1 of each tax year, pursuant to Sections 32.01 and 32.07 of the Texas Property Tax Code.

**3. CLASSIFICATION OF CLAIM:** Secured claim to extent of collateral value. Unsecured Priority claim [11 U.S.C. 507 (a)(8)] to extent of any shortfall in collateral value and for personal liability. Secured by Tax Lien §§ 32.01 and 32.05 of the Texas Property Tax Code.

**4. TOTAL AMOUNTS OF CLAIM:** $ 0.00 + $176,362.55 + $ 0.00 = $ 176,362.55
(Unsecured)   (Secured)   (Priority)   (Total)

Plus interest accruing at 12% per annum pursuant to Texas Property Tax Code §33.01 as allowed under 11 U.S.C. §506(b)

Make checks payable to:
Mail payments to:

**TARRANT COUNTY**

2323 BRYAN ST 1720 UNIVISION CTR
DALLAS, TX 75201-2644

**5. CREDITS AND SETOFFS:** The amount of the payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**6. SUPPORTING DOCUMENTS:** Attached

court use only

DATE: MAR 04, 2002

*E. Weller* (signature)

Elizabeth Weller
TX Bar I.D. 00785514
Monica McCoy-Purdy
TX Bar I.D. 00788003
Michael W. Deeds
TX Bar I.D. 05635450

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment up to 5 years, or both. 18 U.S.C. §§ 152, 3571

```
SERVER: TAXSRV02       PRINT DATE:    04/2002 9:28:44 AM                         PAGE 1
DATABASE: TAXOFFICE
  USER: dtdal          RUN DATE:   11/13/2001
```

------------------------------        ACCOUNT INFORMATION        ------------------------------

```
ACCOUNT NUMBER: 00010175172                APPRAISAL DIST: P
        LEGAL: DRUG EMPORIUM #17                    OWNER: NEW PLANO DRUG "S" CORP
               BUSINESS PERSONAL PROPERTY                   1021 N CENTRAL EXPY
                                                            PLANO, TX 75075-8806
```

------------------------------        STATUS INFORMATION        ------------------------------

```
 APPRAISED VAL:  1,241,369      START DEFERRAL:                    VOLUME: 0
      LAND VAL:          0        END DEFERRAL:                      PAGE: 0
IMPROVEMENT VAL:          0        AG DEFERRAL:                MAP NUMBER:

     DEED DATE:                         ACRES: 0.000000      FROZEN YEAR: NONE
    YEAR BUILT: 0             SQUARE FOOTAGE: 0          FROZEN YEAR AMT: $0.00
     ROLL CODE: P

EXEMPTION CODES:
FIDUCIARY CODES:

      LOCATION: 0000800 E ROAD TO SIX FLAGS ST              LAST PAYMENT ON: 01/31/2000
```

-------------------------- ACCOUNT RECEIVABLES - FISCAL VALUES --------------------------

| TYPE      | REC. BAL  | PEN. DUE | INT. DUE | ATTY FEE | TOTAL DUE | PAID | REFUND |
|-----------|-----------|----------|----------|----------|-----------|------|--------|
| *2001     |           |          |          |          |           |      |        |
| 220 Levy  | 3,411.10  | 0.00     | 0.00     | 0.00     | 3,411.10  | 0.00 | 0.00   |
| 224 Levy  | 2,905.67  | 0.00     | 0.00     | 0.00     | 2,905.67  | 0.00 | 0.00   |
| 225 Levy  | 1,320.94  | 0.00     | 0.00     | 0.00     | 1,320.94  | 0.00 | 0.00   |
| SUB TOTAL | 7,637.71  | 0.00     | 0.00     | 0.00     | 7,637.71  | 0.00 | 0.00   |
| *2000     |           |          |          |          |           |      |        |
| 220 Levy  | 3,438.79  | 240.72   | 68.78    | 0.00     | 3,748.29  | 0.00 | 0.00   |
| 224 Levy  | 2,929.27  | 205.05   | 58.59    | 0.00     | 3,192.91  | 0.00 | 0.00   |
| 225 Levy  | 1,331.67  | 93.22    | 26.63    | 0.00     | 1,451.52  | 0.00 | 0.00   |
| SUB TOTAL | 7,699.73  | 538.99   | 154.00   | 0.00     | 8,392.72  | 0.00 | 0.00   |
| TOTAL     | 15,337.44 | 538.99   | 154.00   | 0.00     | 16,030.43 | 0.00 | 0.00   |

```
SERVER: TAXSRV02      PRINT DATE:    4/2002 9:43:56 AM                    PAGE 1
DATABASE: TAXOFFICE
    USER: dtdal       RUN DATE:   11/14/2001
```

------------------------------- ACCOUNT INFORMATION -------------------------------

```
ACCOUNT NUMBER: 00009237992              APPRAISAL DIST: P
         LEGAL: DRUG EMPORIUM, #4                 OWNER: NORTEX DRUG DISTRIBUTORS INC
                BUSINESS PERSONAL PROPERTY               1021 N CENTRAL EXPY
                                                         PLANO, TX 75075-8806
```

------------------------------- STATUS INFORMATION -------------------------------

```
APPRAISED VAL:  1,108,586    START DEFERRAL:                      VOLUME: 0
     LAND VAL:          0      END DEFERRAL:                        PAGE: 0
IMPROVEMENT VAL:         0       AG DEFERRAL:                  MAP NUMBER:

    DEED DATE:                       ACRES: 0.000000       FROZEN YEAR: NONE
   YEAR BUILT: 0            SQUARE FOOTAGE: 0          FROZEN YEAR AMT: $0.00
    ROLL CODE: P

EXEMPTION CODES:
FIDUCIARY CODES:

     LOCATION: 0000770 W BEDFORD EULESS RD          LAST PAYMENT ON: 01/31/2000
```

---------------------------- ACCOUNT RECEIVABLES - FISCAL VALUES ----------------------------

| TYPE | REC. BAL | PEN. DUE | INT. DUE | ATTY FEE | TOTAL DUE | PAID | REFUND |
|---|---|---|---|---|---|---|---|
| *2001 | | | | | | | |
| 028 Levy | 5,554.02 | 0.00 | 0.00 | 0.00 | 5,554.02 | 0.00 | 0.00 |
| 220 Levy | 3,046.23 | 0.00 | 0.00 | 0.00 | 3,046.23 | 0.00 | 0.00 |
| 224 Levy | 2,594.87 | 0.00 | 0.00 | 0.00 | 2,594.87 | 0.00 | 0.00 |
| 225 Levy | 1,179.65 | 0.00 | 0.00 | 0.00 | 1,179.65 | 0.00 | 0.00 |
| 916 Levy | 18,324.93 | 0.00 | 0.00 | 0.00 | 18,324.93 | 0.00 | 0.00 |
| SUB TOTAL | 30,699.70 | 0.00 | 0.00 | 0.00 | 30,699.70 | 0.00 | 0.00 |
| *2000 | | | | | | | |
| 028 Levy | 6,476.55 | 453.36 | 129.53 | 0.00 | 7,059.44 | 0.00 | 0.00 |
| 220 Levy | 3,482.70 | 243.79 | 69.65 | 0.00 | 3,796.14 | 0.00 | 0.00 |
| 224 Levy | 2,966.66 | 207.67 | 59.33 | 0.00 | 3,233.66 | 0.00 | 0.00 |
| 225 Levy | 1,348.67 | 94.41 | 26.97 | 0.00 | 1,470.05 | 0.00 | 0.00 |
| 916 Levy | 21,261.07 | 1,488.27 | 425.22 | 0.00 | 23,174.56 | 0.00 | 0.00 |
| SUB TOTAL | 35,535.65 | 2,487.50 | 710.70 | 0.00 | 38,733.85 | 0.00 | 0.00 |
| TOTAL | 66,235.35 | 2,487.50 | 710.70 | 0.00 | 69,433.55 | 0.00 | 0.00 |

```
SERVER: TAXSRV02      PRINT DATE:   /09/2002 4:38:23 PM                      PAGE 1
DATABASE: TAXOFFICE
    USER: dtda1       RUN DATE:   10/15/2001
```

-------------------------------- ACCOUNT INFORMATION --------------------------------

```
ACCOUNT NUMBER: 00009517359                APPRAISAL DIST: P
        LEGAL: DRUG EMPORIUM, #7                   OWNER: NORTEX DRUG DISTRIBUTORS INC
               BUSINESS PERSONAL PROPERTY                  1021 N CENTRAL EXPY
                                                           PLANO, TX 75075-8806
```

-------------------------------- STATUS INFORMATION --------------------------------

```
APPRAISED VAL:  1,167,199     START DEFERRAL:                       VOLUME: 0
     LAND VAL:          0       END DEFERRAL:                         PAGE: 0
IMPROVEMENT VAL:         0        AG DEFERRAL:                   MAP NUMBER:

    DEED DATE:                       ACRES: 0.000000       FROZEN YEAR: NONE
   YEAR BUILT: 0            SQUARE FOOTAGE: 0          FROZEN YEAR AMT: $0.00
    ROLL CODE: P

EXEMPTION CODES:
FIDUCIARY CODES:

     LOCATION: 0006242 HULEN BEND BLVD            LAST PAYMENT ON: 01/31/2000
```

--------------------------- ACCOUNT RECEIVABLES - FISCAL VALUES ---------------------------

| TYPE | REC. BAL | PEN. DUE | INT. DUE | ATTY FEE | TOTAL DUE | PAID | REFUND |
|---|---|---|---|---|---|---|---|
| *2001 | | | | | | | |
| 026 Levy | 10,096.27 | 0.00 | 0.00 | 0.00 | 10,096.27 | 0.00 | 0.00 |
| 220 Levy | 3,207.29 | 0.00 | 0.00 | 0.00 | 3,207.29 | 0.00 | 0.00 |
| 223 Levy | 233.44 | 0.00 | 0.00 | 0.00 | 233.44 | 0.00 | 0.00 |
| 224 Levy | 2,732.06 | 0.00 | 0.00 | 0.00 | 2,732.06 | 0.00 | 0.00 |
| 225 Levy | 1,242.02 | 0.00 | 0.00 | 0.00 | 1,242.02 | 0.00 | 0.00 |
| 912 Levy | 19,912.41 | 0.00 | 0.00 | 0.00 | 19,912.41 | 0.00 | 0.00 |
| SUB TOTAL | 37,423.49 | 0.00 | 0.00 | 0.00 | 37,423.49 | 0.00 | 0.00 |
| *2000 | | | | | | | |
| 026 Levy | 9,887.95 | 692.16 | 197.76 | 0.00 | 10,777.87 | 0.00 | 0.00 |
| 220 Levy | 3,105.21 | 217.36 | 62.10 | 0.00 | 3,384.67 | 0.00 | 0.00 |
| 223 Levy | 226.01 | 15.82 | 4.52 | 0.00 | 246.35 | 0.00 | 0.00 |
| 224 Levy | 2,645.11 | 185.16 | 52.90 | 0.00 | 2,883.17 | 0.00 | 0.00 |
| 225 Levy | 1,202.49 | 84.17 | 24.05 | 0.00 | 1,310.71 | 0.00 | 0.00 |
| 912 Levy | 19,278.69 | 1,349.51 | 385.57 | 0.00 | 21,013.77 | 0.00 | 0.00 |
| SUB TOTAL | 36,345.46 | 2,544.18 | 726.90 | 0.00 | 39,616.54 | 0.00 | 0.00 |
| TOTAL | 73,768.95 | 2,544.18 | 726.90 | 0.00 | 77,040.03 | 0.00 | 0.00 |

```
SERVER: TAXSRV02        PRINT DATE:  /09/2002 4:39:17 PM                    PAGE 1
DATABASE: TAXOFFICE
   USER: dtdal          RUN DATE:   10/15/2001
```

------------------------------------ ACCOUNT INFORMATION ------------------------------------

```
ACCOUNT NUMBER: 00009561129                    APPRAISAL DIST: P
       LEGAL: DRUG EMPORIUM, #9                        OWNER: NORTEX DRUG DISTRIBUTORS INC
              BUSINESS PERSONAL PROPERTY                     1021 N CENTRAL EXPY
                                                             PLANO, TX 75075-8806
```

------------------------------------ STATUS INFORMATION ------------------------------------

```
  APPRAISED VAL:   963,359      START DEFERRAL:                 VOLUME: 0
      LAND VAL:          0        END DEFERRAL:                   PAGE: 0
IMPROVEMENT VAL:         0         AG DEFERRAL:             MAP NUMBER:

     DEED DATE:                          ACRES: 0.000000    FROZEN YEAR: NONE
    YEAR BUILT: 0                SQUARE FOOTAGE: 0      FROZEN YEAR AMT: $0.00
     ROLL CODE: P

EXEMPTION CODES:
FIDUCIARY CODES:

          LOCATION: 0006900 RIDGMAR MEADOW RD               LAST PAYMENT ON: 01/31/2000
```

---------------------------- ACCOUNT RECEIVABLES - FISCAL VALUES ----------------------------

| TYPE | REC. BAL | PEN. DUE | INT. DUE | ATTY FEE | TOTAL DUE | PAID | REFUND |
|---|---|---|---|---|---|---|---|
| *2001 | | | | | | | |
| 220 Levy | 2,647.17 | 0.00 | 0.00 | 0.00 | 2,647.17 | 0.00 | 0.00 |
| 223 Levy | 192.67 | 0.00 | 0.00 | 0.00 | 192.67 | 0.00 | 0.00 |
| 224 Levy | 2,254.93 | 0.00 | 0.00 | 0.00 | 2,254.93 | 0.00 | 0.00 |
| 225 Levy | 1,025.11 | 0.00 | 0.00 | 0.00 | 1,025.11 | 0.00 | 0.00 |
| SUB TOTAL | 6,119.88 | 0.00 | 0.00 | 0.00 | 6,119.88 | 0.00 | 0.00 |
| *2000 | | | | | | | |
| 220 Levy | 3,070.98 | 214.97 | 61.42 | 0.00 | 3,347.37 | 0.00 | 0.00 |
| 223 Levy | 223.52 | 15.65 | 4.47 | 0.00 | 243.64 | 0.00 | 0.00 |
| 224 Levy | 2,615.95 | 183.12 | 52.32 | 0.00 | 2,851.39 | 0.00 | 0.00 |
| 225 Levy | 1,189.23 | 83.25 | 23.78 | 0.00 | 1,296.26 | 0.00 | 0.00 |
| SUB TOTAL | 7,099.68 | 496.99 | 141.99 | 0.00 | 7,738.66 | 0.00 | 0.00 |
| TOTAL | 13,219.56 | 496.99 | 141.99 | 0.00 | 13,858.54 | 0.00 | 0.00 |

In Re NORTEX DRUG DISTRIBUTORS, INC.

Northern District of Texas
Dallas Division

Case No. 01-39517-SGJ-7

STATE OF TEXAS )
COUNTY OF TARRANT )

## AFFIDAVIT

BEFORE ME, THE UNDERSIGNED AUTHORITY, A NOTARY PUBLIC IN AND FOR TARRANT COUNTY, TEXAS, PERSONALLY APPEARED WENDY BURGESS, WHO HAVING BEEN FIRST DULY SWORN UPON HER OATH DID STATE AS FOLLOWS:

"MY NAME IS WENDY BURGESS. I AM OVER THE AGE OF EIGHTEEN (18) AND I HAVE NEVER BEEN CONVICTED OF A FELONY. I AM FULLY COMPETENT TO MAKE THIS AFFIDAVIT. I AM ABLE TO SWEAR, AS I DO HEREBY SWEAR THAT ALL STATEMENTS MADE HEREIN ARE TRUE AND CORRECT AND BASED ON PERSONAL KNOWLEDGE.

"I AM EMPLOYED AS THE TAX ASSESSOR-COLLECTOR FOR THE TARRANT COUNTY TAX OFFICE, TARRANT COUNTY, TEXAS. I HAVE THE AUTHORIZATION AND CAPACITY TO EXECUTE THE APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS ON BEHALF OF TARRANT COUNTY."

AFFIANT FURTHER SAITH NOT.

NAME: WENDY BURGESS
TITLE: TAX ASSESSOR-COLLECTOR
TARRANT COUNTY TAX OFFICE

BEFORE ME, THE UNDERSIGNED AUTHORITY ON THIS DAY PERSONALLY APPEARED WENDY BURGESS, KNOWN TO ME TO BE THE TAX ASSESSOR-COLLECTOR FOR TARRANT COUNTY, AND ACKNOWLEDGED TO ME THAT SHE EXECUTED THE ABOVE AND HAS AUTHORITY TO ACT FOR AND ON BEHALF OF THE REFERENCED TAXING AUTHORITIES.

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON THIS 2nd DAY OF September, 2020.

NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES: 1.12.21

CHARLOTTE J. TACKETT
Notary Public-State of Texas
Notary ID #4576890
Commission Exp. JAN. 12, 2021



| | |
|---|---|
| Cathy Talcott<br>2019-2020 President | Larry Gaddes<br>Secretary/Treasurer |

**TAX ASSESSOR-COLLECTORS**
**ASSOCIATION OF TEXAS**
2020 Member
Wendy Burgess
Tarrant County
Tax Assessor-Collector
TAC ID # 248259

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTORNEYS AT LAW
100 Throckmorton, Suite #300
Fort Worth, Texas 76102

817.877.4589
FAX 817.877.0601

September 4, 2020

U. S. Bankruptcy Court
1100 Commerce Street, Room 1254
Dallas, TX 75242

RE: United States Bankruptcy Court of the Northern District of Texas; Case No. 01-39517-SGJ-7; Nortex Drug Distributors, Inc.; Application for Payment of Unclaimed Funds on Deposit with the Treasury of the United States

Enclosed please find the following:

1. Application for Payment of Unclaimed Funds on deposit in the Treasury
2. The Proof of Claim filed in the referenced Bankruptcy case in March 2002, establishing the basis for Tarrant County's claim
3. Completed Form AO 213
4. The Statement of Authority (Affidavit) of Wendy Burgess, Tarrant County Tax Assessor Collector, with copy of official government identification (DL# redacted)

Sincerely,

*Tina Mulholland*
Tina Mulholland
Director of Operations-Fort Worth Office

cc:
Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce St., 3rd Floor
Dallas, TX 75242

RECEIVED
SEP 08 2020
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS